## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS LLC, | § § § | |
| Plaintiff, | § § | Case No: 2:21-cv-00853-SDM-CMV |
| vs. | § § | PATENT CASE |
| EVENTZILLA CORPORATION, | § § § | |
| Defendant. | § § § | |

### JOINT STIPULATION AND ORDER OF DISMISSAL

Plaintiff Scanning Technologies Innovations, LLC and Defendant Eventzilla Corporation, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1.      All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2.      Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: April 15, 2021

Respectfully Submitted,

SAND, SEBOLT & WERNOW CO., LPA

/s/ Howard L. Wernow
Howard L. Wernow (SBN 0089019)
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, Ohio 44718
Phone: 330-244-1174
Fax: 330-244-1173
Howard.wernow@sswip.com

**ATTORNEY FOR PLAINTIFF**

/s/ Brett A. Schatz
Brett A. Schatz (Ohio Bar No. 0072038)
Trial Attorney
WOOD HERRON & EVANS LLP
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202-2917
Email: bschatz@whe-law.com
Telephone: (513) 241-2324
Facsimile: (513) 241-6234

Steven D. Weber
Fla. Bar. No.: 47543 (pro hac vice admission)
STARK WEBER PLLC
1221 Brickell Avenue
Suite 900
Miami, FL 33131
Tel: 305-377-8788
Email: steve@starkweber.com

**Counsel for Defendant Eventzilla Corporation**

SO ORDERED this 16th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE